UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

AKPESIRI OMONUWA,
    a/k/a "Anthonio Omonuwa,"
    a/k/a "Anderson Omonuwa,"
    a/k/a "Abraham Omonuwa,"
    a/k/a "Toronto,"

LONDON AKPANOKO,
    a/k/a "Doctor Fred,"

AMAECHI ANTWAN AHUAMA,
    a/k/a "Tony,"

EKENE CHUKWURE,

GARBA R. BABA ADAMA,

NNAMDI EREGBU,
    a/k/a "Sean," and

KATCHY OGUEJIOFOR

Hon. Mark Falk

Criminal No. 13-38 (PGS)

<u>SEALING ORDER</u>

RECEIVED
FEB 14 2013
AT 8:30_____M
WILLIAM T. WALSH, CLERK

    This matter having come before the Court upon the application of the United States of America (Andrew S. Pak, Assistant U.S. Attorney, appearing), for arrest warrants for GARBA R. ADAMA, NNAMDI EREGBU, a/k/a "Sean," and KATCHY OGUEJIOFOR, and its concurrent application that the Superseding Indictment filed against the persons named in the warrant be filed under seal, and good cause having been shown,

    IT IS, on this __ day of February, 2013

    ORDERED that, except for such copies of the arrest

warrants as are necessary to accomplish their purpose, the Superseding Indictment and the above-described arrest warrants in this matter are hereby SEALED until the first of the above-described arrest warrants is executed or until further order of the Court.

_____
HON. MARK FALK
United States Magistrate Judge